UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

VENTURE SOLUTIONS, LLC,

        Plaintiff,

v.                                    Case No. 21-12999

MICHAEL MEIER and
CHRISTOPHER WILLIAMS,

        Defendants.
_____/

**ORDER DENYING REQUEST FOR SUMMONS**

      Plaintiff Venture Solutions, LLC brings this action against Defendants Michael Meier and Christopher Williams alleging violations of the federal Computer Fraud and Abuse Act, 18 U.S.C. § 1030, *et seq.*, and the Defend Trade Secrets Act, 18 U.S.C. § 1836, *et seq.* Plaintiff also brings various state claims under Michigan law. Defendants filed an answer, which included counterclaims for breach of contract, promissory estoppel, unjust enrichment, minority membership oppression, and wrongful discharge.

      Defendants apparently attempt to join non-parties as counter-defendants to their counterclaims, and they have requested a summons for each of the non-parties. Generally, the court will issue a summons only for the initiation of an entirely new action or a third-party complaint. Defendant's counterclaim move against non-parties has the shoe on the wrong foot.

      Additionally, the counterclaims lack clarity as to which claims are brought against which party; indeed it is not clear even if Plaintiff is actually named as a counter-defendant in any of them. Some of them appear to be more appropriately brought in a

third-party complaint. Under the present circumstances, however, and in the absence of the necessary procedural steps to add a party to this action, the court cannot issue a summons for non-parties. Accordingly,

    IT IS ORDERED that Defendant's "Request for Summons" for the non-parties is hereby DENIED.

                                       s/Robert H. Cleland
                                       ROBERT H. CLELAND
                                       UNITED STATES DISTRICT JUDGE

Dated: March 10, 2022

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 10, 2022, by electronic and/or ordinary mail.

                                       s/Lisa G. Wagner
                                       Case Manager and Deputy Clerk
                                       (810) 292-6522

S:\Cleland\Cleland\JUDGE'S DESK\C2 ORDERS\21-12999.VENTURESOLUTIONS.DenyingRequestForSummons.MAZ.RHC.docx